**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 01-cv-01197-LTB-BNB

PAUL F. RATHER,
         Plaintiff,

v.

JOHN SUTHERS,
LEE HENDRIX,
JOHN TALTON,
MICHELLE NYCZ,
LOU NORDINE,
STEVEN PONTIUS,
         Defendants.
_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge that Plaintiff's Motion to File Amended/Supplemental Prisoner Complaint filed October 19, 2004 be denied.  The Order was issued and served on September 15, 2005.  Plaintiff has filed timely written objections to the Magistrate Judge's recommendation.  Therefore, I have reviewed the recommendation *de novo*.  On *de novo* review, I conclude that the recommendation is correct.  Accordingly,

      IT IS ORDERED that Plaintiff's Motion to File Amended/Supplemental Prisoner Complaint (Doc 139) filed October 19, 2004 is DENIED.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: September 28, 2005