**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 01-cv-01197-LTB-BNB

PAUL F. RATHER,
         Plaintiff,

v.

JOHN SUTHERS,
LEE HENDRIX,
JOHN TALTON,
MICHELLE NYCZ,
LOU NORDINE,
STEVEN PONTIUS,
         Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation (Doc 155) of Magistrate Judge Boyd N. Boland issued and served on September 20, 2005. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that Defendants' Motion to Dismiss Plaintiff's Religious Land Use and Institutionalized Persons Act Claims filed October 29, 2003, is DENIED.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: December 15, 2005