IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-01197-LTB-BNB

PAUL F. RATHER,

Plaintiff,

v.

JOHN SUTHERS,
LEE HENDRIX,
JOHN TALTON,
MICHELLE NYCZ,
LOU NORDINE, and
STEVEN PONTIUS,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. During the conference the intervenor, United States of America, moved to withdraw in view of the court's order upholding the constitutionality of the Religious Land Use and Institutionalized Persons Act of 2000.

IT IS ORDERED that the oral motion of the United States of America to withdraw is GRANTED. Counsel for the United States, Jeffrey D. Kahn, shall be removed from the service list.

Dated January 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge