**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 01-cv-01197-LTB-BNB

PAUL F. RATHER,
        Plaintiff,

v.

JOHN SUTHERS,
LEE HENDRIX,
JOHN TALTON,
MICHELLE NYCZ,
LOU NORDINE,
STEVEN PONTIUS,
        Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation (Doc 164) of Magistrate Judge Boyd N. Boland issued and served on February 1, 2006. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc 142 - filed October 27, 2004) is DENIED.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED: February 22, 2006