**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  01-cv-01197-LTB-BNB

PAUL F. RATHER,

       Plaintiff,

v.

JOHN SUTHERS,
LEE HENDRIX,
JOHN TALTON,
MICHELLE NYCZ,
LOU NORDINE,
STEVEN PONTIUS,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Civil Action as Moot (Doc 167 - filed April 6, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: April 7, 2006